PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
SEP 29 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Reginald Ali Hunter**

**Docket No. 0:01CR00110-001(JMR)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Reginald Ali Hunter** who was sentenced for Possession With Intent to Distribute Cocaine on February 19, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Comply with all federal, state and local laws.
- Comply with rules and regulations of the probation office.
- Abide by standard conditions of supervised release.
- No firearms or other dangerous weapons.
- Submit to mandatory drug testing and substance abuse treatment and aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

Mr. Hunter failed to report for scheduled drug tests on September 21, 2006, and September 23, 2006, respectively.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 27d day of September, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
OCT 02 2006
U.S. DISTRICT COURT MPLS

John P. Rayman
Senior U.S. Probation Officer

Executed on September 26, 2006
Place Minneapolis

c: United States Sentencing Commission