Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Reginald Ali Hunter

Docket No. 0:01CR00110-001(JMR)

**HEARING WAIVER**

I, Reginald Ali Hunter, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Reginald A Hunter

Reginald Ali Hunter
Supervised Releasee

Dated: 9/26/06

Witness: [signature]

SCANNED
OCT 02 2006
U.S. DISTRICT COURT MPLS