PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

ECL...
JAN 2 . 2007
CLE... ...CT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Reginald Ali Hunter**

**Docket No. 0:01CR00110-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Reginald Ali Hunter** who was sentenced for Possession With Intent to Distribute Cocaine on February 19, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Comply with all federal, state and local laws.
Comply with rules and regulations of the probation office.
Abide by standard conditions of supervised release.
No firearms or other dangerous weapons.
Submit to mandatory drug testing and substance abuse treatment and aftercare.
16 hours community service (modified September 27, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

Mr. Hunter failed to report for a scheduled drug test on January 18, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22nd day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer

Executed on January 22, 2007
Place Minneapolis

JAN 2 . 2007