**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

October 23, 2007

**RE:** **Case Name:** USA vs Reginald Ali Hunter
**Case Number:** 0:01-CR-00110

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| **DEBT** | **AMOUNT PAID** | **DATE** |
|---|---|---|
| Special Assessment | $ 100.00 | 4/1/2002 |

Sincerely,

s/Kathryn Uline
Financial Technician

FILED 10/23/07
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 2-19-02
Deputy Clerk's Initials s/KU

SCANNED
OCT 23 2007
U.S. DISTRICT COURT MPLS