PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 05 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Reginald Ali Hunter**

**Docket No. 0:01CR00110-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Reginald Ali Hunter** who was sentenced for Possession with Intent to Distribute Cocaine on February 19, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Comply with all federal, state and local laws.
- Comply with rules and regulations of the probation office.
- Abide by standard conditions of supervised release.
- No firearms or other dangerous weapons.
- Submit to mandatory drug testing and substance abuse treatment and aftercare.
- 16 hours community work service (modified September 27, 2006)
- 8 hours community work service (modified January 22, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

GENERAL CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 26, 2007, officers were dispatched to a Perkins restaurant, Minneapolis, Minnesota, in regards to a domestic assault. The defendant was arrested without incident and was charged with Fifth Degree Domestic Assault.

On November 28, 2007, the defendant pled guilty to the offense. On November 29, 2007, the defendant was sentenced to 1 year probation, domestic abuse counseling, and 7 days sentence to serve.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 40 hours of community service, as approved by the probation officer.

SCANNED
FEB 5 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 5th day of February, 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson
U.S. Probation Officer

Executed on February 4, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission